

FILED

APR ... 2011

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY LEE HICKS,

    Petitioner,

vs.

R. GROUNDS, Warden,

    Respondent.

No. C 10-00822 JW (PR)

ORDER DENYING HABEAS PETITION; DENYING CERTIFICATE OF APPEALABILITY

This is a habeas corpus case filed by a state prisoner pursuant to 28 U.S.C. § 2254. The petition is directed to a denial of parole.

## BACKGROUND

Petitioner was convicted by a jury in Monterey County Superior Court of second degree murder. He was sentenced to a term of 15 years-to-life in state prison in 1983. On August 7, 2008, the Board found Petitioner unsuitable for parole after his sixth parole consideration hearing. Petitioner challenged the Board's decision by filing habeas petitions in the state courts; all were denied. He filed the instant federal petition on February 26, 2010.

Denial
G:\PRO-SE\SJ.JW\HC.10\Hicks00822_deny(parole)-gaw.wpd

## DISCUSSION

The only issue in this case is Petitioner's claim that the parole denial was not supported by "some evidence." The United States Supreme Court has recently held that "[i]n the context of parole . . . the procedures required [by the due process clause] are minimal . . . an opportunity to be heard and . . . a statement of the reasons why parole was denied . . . '[t]he Constitution . . . does not require more." Swarthout v. Cooke, 131 S.Ct. 859, 862 (2011). That is, there is no due process requirement that a parole denial be supported by "some evidence." The petition therefore is without merit.

## CONCLUSION

For the reasons set forth above, the petition for a writ of habeas is DENIED.

Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, a certificate of appealability ("COA") under 28 U.S.C. § 2253(c) is DENIED because it cannot be said that "reasonable jurists" would find the district court's assessment of the constitution claims debatable or wrong. See Slack v. McDaniel, 529 U.S. 473, 484 (2000).

DATED: April 26, 2011

JAMES WARE
United States District Chief Judge

Denial
G:\PRO-SE\SJ.JW\HC.10\Hicks00822_deny(parole)-gaw.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GARY L. HICKS,

        Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS et al,

        Defendant.

Case Number: CV10-00822JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 27, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary Lee Hicks C-73540
CTF - Correctional Training Facility
P. O. Box 689
Soledad, CA 93960

Dated: April 27, 2011

        Richard W. Wieking, Clerk

        *Susan Imbriani*

        By: Susan Imbriani, Deputy Clerk